976

No. 77–6282. COLEDANCHISE *v.* MURDAUGH ET AL. C. A. 4th Cir. Certiorari denied.

No. 77–6287. BUNKIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 77–6315. ENNIS *v.* LeFEVRE, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 77–6326. RALLS *v.* MANSON, CORRECTIONS COMMISSIONER. C. A. 2d Cir. Certiorari denied.

No. 77–6328. WALKER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–6331. PITTMAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–6335. O'BRIEN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–6342. GUNSTON *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 77–6344. WATKINS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–6349. KIZER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–6367. McNAIR *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–6376. BOWERS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–6414. CHAVEZ-CHAPULA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–6415. BOETTJER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.